# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: SARAH LUKACH v. MAC'S CONVENIENCE STORES, LLC d/b/a CIRCLE K STORES

Case Number: 26-cv-4675

An appearance is hereby filed by the undersigned as attorney for:
Defendant, Mac's Convenience Stores, LLC d/b/a Circle K Stores

Attorney name (type or print): Zachary G. Stillman

Firm: Litwin Kach LLP

Street address: 401 N. Michigan Ave., Suite 1200

City/State/Zip: Chicago, IL 60611

Bar ID Number: ARDC No. 6342749
(See item 3 in instructions)

Telephone Number: 312-210-0728

Email Address: zach@litwinkach.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's general bar? | ☒ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14.
I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 10, 2026

Attorney signature: /s/ Zachary G. Stillman
(Use electronic signature if the appearance form is filed electronically.)