**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SARAH LUKACH,<br><br>Plaintiff,<br><br>v.<br><br>MAC'S CONVENIENCE STORES, LLC, a foreign Delaware Limited Liability Company, d/b/a CIRCLE K STORES,<br><br>Defendants. | Case No.: 26-cv-4675<br><br>Magistrate Judge Beth W. Jantz |

**DEFENDANT MAC'S CONVENIENCE STORES, LLC's**
**UNOPPOSED MOTION FOR ENTRY OF AGREED CONFIDENTIALITY ORDER**

Defendant Mac's Convenience Stores, LLC, by and through its counsel, moves this Court pursuant to Rule 26(c) of the Federal Rules of Civil Procedure for entry of the proposed Agreed Confidentiality Order, attached hereto as Exhibit A, and states as follows:

1. This case involves claims for personal injury arising from an incident at Defendant's premises, and discovery includes documents and information that Defendant maintains as confidential, including its internal video retention policy.

2. Defendant seeks to produce its video retention policy in discovery subject to appropriate confidentiality protections. The proposed Agreed Confidentiality Order will permit the production and use of such materials for purposes of this litigation while protecting against unauthorized disclosure or use outside of this action.

3. The proposed Order, which is based upon this District's model confidentiality order, provides procedures for the designation, disclosure, use, and protection of confidential information, including appropriate limitations on disclosure to third parties and procedures for challenging confidentiality designations.

4. Entry of the proposed Order will facilitate the exchange of relevant discovery materials while protecting the parties' legitimate confidentiality interests, consistent with Rule 26(c) of the Federal Rules of Civil Procedure.

5. Undersigned counsel has conferred with counsel for Plaintiff, who has agreed to the terms of the proposed Order and does not oppose its entry.

WHEREFORE, Defendant Mac's Convenience Stores, LLC, respectfully requests that this Court enter the proposed Agreed Confidentiality Order attached hereto as Exhibit A.-

Respectfully Submitted,
Mac's Convenience Stores, LLC

By: /s/ Zachary G. Stillman
One of its Attorneys

Paul A. Ruscheinski (ARDC No. 6279731)
Zachary G. Stillman (ARDC No. 6342749)
LITWIN KACH, LLP
401 N. Michigan Avenue, Suite 1200
Chicago, Illinois 60611
(312) 779-1539 (Ruscheinski)
(312) 210-0728 (Stillman)
paul@litwinkach.com
zach@litwinkach.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a copy of the foregoing Motion and its referenced attachment were served upon all counsel of record via the Court's electronic filing system on November 12, 2026.

/s/ Zachary G. Stillman
Zachary G. Stillman

Paul A. Ruscheinski (ARDC No. 6279731)
Zachary G. Stillman (ARDC No. 6342749)
LITWIN KACH, LLP
401 N. Michigan Avenue, Suite 1200
Chicago, Illinois 60611
(312) 779-1539 (Ruscheinski)
(312) 210-0728 (Stillman)
paul@litwinkach.com
zach@litwinkach.com