**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Sarah Lukach

Plaintiff,

v.

Case No.: 1:26−cv−04675
Honorable Beth W. Jantz

Mac's Convenience Stores LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 18, 2026:

MINUTE entry before the Honorable Beth W. Jantz: The Court is in receipt of Defendant's Unopposed Motion for Protective Order [28]. To enable the Court to address this motion, Defendant shall send the proposed order as a Word document to the Court's proposed order inbox (Proposed_Order_Jantz@ilnd.uscourts.gov) by 11/23/26. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.